IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JARON ANTONIO TOWNSEND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv745-MHT |
| | ) | (WO) |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of plaintiff's motion for dismissal without prejudice (doc. no. 7), which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

This case is closed.

DONE, this the 28th day of September, 2018.

                                                        /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE